**JENNIFER S. CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
Email: jennifer.clark2@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

JAN 28 2026
Clerk, U.S. Courts
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DUSTIN LOY HUNT, <br><br> Defendant. | CR 26- 9 -M- DWM <br><br> **INDICTMENT** <br><br> **ABUSIVE SEXUAL CONTACT** <br> Title 18 U.S.C. § 2244(a)(2) <br> (Penalty: Three years of imprisonment, $250,000 fine, and one year of supervised release) |

THE GRAND JURY CHARGES:

That on or about June 19, 2025, in Flathead County, in the State and District of Montana, and within the exterior boundaries of Glacier National Park, within the special territorial jurisdiction of the United States, the defendant, DUSTIN LOY HUNT, knowingly attempted to engage in sexual contact, specifically slid his

1

hand up Jane Doe's outer thigh and under her shorts towards her buttocks, in violation of 18 U.S.C. § 2244(a)(2).

A TRUE BILL.

*Foreperson signature redacted. Original document filed under seal.*
FOREPERSON

for *Timothy J. Racicot*
KURT G. ALME
United States Attorney

*Cyndee L. Peterson*
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney