IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–9–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN LOY HUNT, | |
| Defendant. | |

A Superseding Indictment having been filed, (Doc. 22), and Defendant

Dustin Loy Hunt having stated that the Superseding Indictment "cures any Rule

12(b)(3)(b) issues relating to the original [I]ndictment and his motion to dismiss

that" charging document, (Doc. 25),

IT IS ORDERED that Defendant motion to dismiss the Indictment, (Doc.

19), is DENIED as MOOT.

DATED this _____ day of June, 2026.

_____
Donald W. Molloy, District Judge
United States District Court