IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DUSTIN LOY HUNT,<br>Defendant. | CR 26–9–M–DWM<br><br>ORDER |

The jury being unable to arrive at a unanimous verdict in the above-entitled case, the Court is entering a declaration of mistrial. The Government has until September 23, 2026, to provide the Court with notice of intent to retry the case.

DATED this 16th day of September, 2026.

Donald W. Molloy, District Judge
United States District Court