IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN LOY HUNT,<br><br>Defendant. | CR 26-09-M-DWM<br><br>ORDER |

Before the Court is the United States' motion for leave to file trial exhibit 6 under seal pursuant to D. Mont. L.R. 5.1 and 5.2. The defense does not object.

Accordingly, the United States' motion is GRANTED. The United States may file trial exhibit 6 under seal.

DATED this ____ day of September, 2026.

______________________________
DONALD W. MOLLOY, District Judge
United States District Court